v.

**UNITED STATES of America, Defendant–Appellee.**

No. 15–7955.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 22, 2016.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Damon LEE, Defendant–Appellant.**

No. 15–7929.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 22, 2016.

Damon Lee, Appellant Pro Se. Rod J. Rosenstein, United States Attorney, Clinton Jacob Fuchs, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Lee appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lee*, No. 1:10–cr–00677–CCB–1 (D.Md. Nov. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*